UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRHOSSEIN NASR ESFAHANI, | No.  1:26-cv-03144-KES-FJS (HC) |
| Petitioner, | ORDER DENYING MOTION FOR IMMEDIATE RELEASE [ECF No. 2] |
| v. | |
| CHRISTOPHER CHESTNUT, Warden, et al., | ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED |
| Respondents. | [30-DAY DEADLINE] |

On April 24, 2026, Petitioner filed a petition for writ of habeas corpus challenging his indefinite detention by the United States Bureau of Immigration and Customs Enforcement ("ICE"). (ECF No. 1.) On the same date, he also filed a motion for immediate release, or in the alternative, a bond hearing. (ECF No. 2.)

Petitioner is a noncitizen who was detained on September 7, 2024. (ECF No. 1 at 4.) He states he has been continuously detained since then and his detention has become unreasonably prolonged in violation of his due process rights. The Court will direct Respondents to file a response to the petition.

The Court has reviewed Petitioner's motion for immediate release. (ECF No. 2.) The motion makes the same claims and requests the same relief as the petition. Petitioner provides no authority for leapfrogging the normal case process. Respondents must be provided with an opportunity to rebut Petitioner's allegations. Therefore, the motion will be denied.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted.  Rule 4, Rules Governing Section 2254 Cases; *see* Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).  Respondent SHALL INCLUDE a copy of all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases.  In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

1.  Petitioner's motion for immediate release is DENIED.

2.  Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted. The Response to the Order to Show Cause is due within THIRTY (30) days of the date of service of this order.

3.  Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:   **May 4, 2026**

_____
UNITED STATES MAGISTRATE JUDGE